161 A.3d 766

STATE OF NEW JERSEY, PLAINTIFF, v.
WILLIAM BURKERT, DEFENDANT.

March 9, 2017

## ORDER

It is ORDERED that the motion of the Pennsylvania Center for the First Amendment for leave to file a supplemental amicus curiae brief (M–778) is granted; said brief to be served and filed on or before March 31, 2017. The parties may serve and file briefs in response on or before April 24, 2017.

161 A.3d 767

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. A.B., DEFENDANT-MOV-
ANT. IN THE MATTER OF A.F., MINOR-RESPONDENT.

March 9, 2017

## ORDER

It is ORDERED that the motion to strike is granted in part, only as to the references to the lab screen reports and the psychologist's opinion.